of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward S Hatch* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 465. Rosa M. Cole, Executrix, etc., Petitioner, *v.* The City of Indianapolis et al. October 29, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Ferdinand Winter* and *Mr. Alexander C. Ayres* for petitioner. *Mr. Frederick E. Matson, Mr. Henry Warrum* and *Mr. Merrill Moores* for respondents.

---

No. 423. George R. Finch et al., Petitioners, *v.* Maryland Casualty Company. November 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. P. J. McLaughlin* for petitioners. *Mr. Emerson Hadley* for respondent.

---

No. 453. C. H. Scott et al., Petitioners, *v.* Charles P. Guice, an Infant, etc. November 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Holmes Conrad* and *Mr. C. H. Scott* for petitioners. No appearance for respondent.

---

No. 483. The Chesapeake and Ohio Steamship Company, Limited, Petitioner, *v.* Edward Morris. November 19, 1906. Petition for a writ of certiorari to the United States

203 U. S.    Decisions on Petitions for Writs of Certiorari.

Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for petitioner. *Mr. Wm. S. Oadyke* for respondent.

---

No. 490. MERCANTILE TRUST COMPANY ET AL., PETITIONERS, *v.* SAMUEL P. WHEELER, RECEIVER, ETC. November 19, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Philip Barton Warren* and *Mr. Bluford Wilson* for petitioners. No appearance for respondent.

---

No. 491. GEORGE W. CRICHFIELD, PETITIONER, *v.* JUAN P. JULIA. November 19, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. L. Laflin Kellogg* for petitioner. *Mr. W. Benton Crisp* and *Mr. Henry W. Herbert* for respondent.

---

No. 459. MICHIGAN STEAMSHIP COMPANY, PETITIONER, *v.* HUGH MCGILL ET AL, December 3, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. Parker Kirlin, Mr. C. R. Hickox* and *Mr. A. B. Browne* for petitioner. *Mr. William Denman* for respondent.

---

No. 486. THE OHIO TRANSPORTATION COMPANY ET AL., PETITIONERS, *v.* DAVIDSON STEAMSHIP COMPANY. December 3, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.